FILED
2013 AUG 22 PM 3:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 13- CR13-0590 |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Distribution of Child Pornography] |
| JASON WALKER, aka "Hardat30," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

On or about January 31, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant JASON WALKER, also known as "Hardat30," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce had been shipped and transported in and affecting interstate and foreign commerce by any means,

//

1 | including by computer, knowing that the images were child
2 | pornography.

        ANDRÉ BIROTTE JR.
        United States Attorney

        /s/

        ROBERT E. DUGDALE
        Assistant United States Attorney
        Chief, Criminal Division

        ELIZABETH R. YANG
        Assistant United States Attorney
        Chief, Violent & Organized Crime Section

        JOEY L. BLANCH
        Assistant United States Attorney
        Deputy Chief, Violent & Organized Crime Section