| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR13-00590-RGK |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Central of California | DIVISION |
|---|---|---|
| Mr. Jason Walker<br>3006 N. Balboa Avenue<br>Tucson, Arizona 85705 | NAME OF SENTENCING JUDGE<br>R. Gary Klausner | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>August 29, 2015 | TO<br>August 28, 2030 |

OFFENSE
18 U. S. C. 2252A(a)(2)(A),(b)(1): Distribution of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Arizona</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 15, 2016                              */s/ Gary Klausner*
_____                            _____
        Date                                 *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                            _____
   *Effective Date*                          *United States District Judge*